JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Terisa Guthrie | ) | SACV 21-01206JVS(JDEx) |
| | ) | |
|       Plaintiff, | ) | ORDER OF DISMISSAL UPON |
| | ) | SETTLEMENT OF CASE |
| v. | ) | |
| | ) | |
| FCA US LLC, et al, | ) | |
| | ) | |
|       Defendant(s). | ) | |
| _____ | ) | |

    The Court having been advised by the plaintiff that the above-entitled action has been settled and defendant's offer of judgment accepted,

    IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 45 days, to reopen the action if settlement is not consummated.

DATED: 8/17/21

                                                  _____
                                                       James V. Selna
                                         United States District Judge