Michael J. Gregg (SBN 321765)
Mark W. Skanes (SBN 322072)
**ROSEWALDORF LLP**
100 Oceangate, Suite 300
Long Beach, California 90802
Telephone:  (518) 869-9200
Facsimile:   (518) 869-3334
Email:  mgregg@rosewaldorf.com
          mskanes@rosewaldorf.com

Attorneys for Defendant FCA US LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERISA GUTHRIE,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:21-cv-01206-JVS-JDE<br><br>(Removed from Orange County Superior Court, Case No. 30-2021-01196516-CU-BC-CJC)<br><br>**ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

The stipulation is approved.  The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

Dated: January 12, 2022

_____
Hon. James V. Selna

---

1
ORDER RE: JOINT STIPULATION OF DISMISSAL WITH PREJUDICE